FILED
2019 Nov-22 AM 10:30
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **CATRENA CARTER, et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| **v.** | ) | **Case No.: 2:65-cv-00396-MHH** |
| | ) | |
| **JEFFERSON COUNTY BOARD** | ) | |
| **OF EDUCATION, et al.** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |
| | ) | |
| | ) | |
| **TRACI JONES, et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **Case No.: 2:19-cv-01821-MHH** |
| | ) | |
| **JEFFERSON COUNTY BOARD** | ) | |
| **OF EDUCATION, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER OF CONSOLIDATION

The parties in *Jones, et al. v. Jefferson County Board of Education, et al.*, case no. 2:19-cv-01821-JHE, have jointly moved to consolidate their lawsuit with *Stout, et al. v. Jefferson County School Board, et al.*, case no. 2:65-cv-00396-MHH. (Doc.

1261).[1] Federal Rule of Civil Procedure 42(a) provides that a court may consolidate actions if they "involve a common question of law or fact[.]" Fed. R. Civ. P. 42(a)(2). For good cause shown, the Court grants the motion.

The Court asks the Clerk to please enter this order in both lawsuits and term Doc. 12 in case no. 2:19-cv-01821. On future filings, the parties shall please include both cases numbers in the caption but electronically file in case no. 2:65-cv-00396-MHH only.

**DONE** and **ORDERED** this 22nd day of November, 2019.

**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE

[1] Linda Stout is no longer an active party in case no. 2:65-cv-00396-MHH.