IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LINDA STOUT, SANDRA RAY, LONNEL AND ALFORNIA CARTER, RICKY AND ALENA REEVES, and CARTRENA CARTER, on behalf of themselves and others similarly situated,<br><br>　　　Plaintiffs,<br><br>**UNITED STATES OF AMERICA,**<br><br>　　　Plaintiff-Intervenor,<br><br>v.<br><br>**JEFFERSON COUNTY BOARD OF EDUCATION,**<br><br>　　　Defendant,<br><br>**GARDENDALE BOARD OF EDUCATION,**<br><br>　　　Defendant-Intervenor. | Civil Action Number<br>**2:65-cv-00396-MHH**<br><br>**CLASS ACTION** |

## FINAL JUDGMENT ON PARTIAL ATTORNEYS' FEES

Pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, local counsel for the private plaintiffs, Judge U.W. Clemon, has asked the Court to enter a final judgment on the fees and expenses that the Court awarded to him on December 23, 2019. (Docs. 1267, 1282). Rule 54 authorizes a district court to enter final judgment "as to one or more, but fewer than all, claims or parties only if the court expressly determines that there is no just reason for delay." FED. R. CIV. P. 54(b).

As part of its December 23, 2019 order, the Court awarded Judge Clemon $329,400 in attorneys' fees and $3,419.76 in costs. (Doc. 1267, p. 64). The Court also awarded fees and costs to several LDF attorneys and paralegals and calculated a total award of $870,913.83. (Doc. 1267, pp. 64–66). The Gardendale Board has not challenged the amount of that award.

The private plaintiffs have filed a supplemental motion for attorneys' fees to cover costs associated with the appeal of the Court's April 24, 2017 memorandum

opinion and May 9, 2017 supplemental memorandum opinion. (Doc. 1273). The Court finds no just reason that a final judgment should not be entered on the fees and costs awarded in the December 23, 2019 order pending resolution of the supplemental motion for attorneys' fees.

Accordingly, the Court enters final judgment on the December 23, 2019 award of attorney's fees and costs of $$870,913.83.

**DONE** and **ORDERED** this May 13, 2020.

_____
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE