FILED
2024 Sep-17 AM 11:32
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| TRACI JONES, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>JEFFERSON COUNTY BOARD OF EDUCATION, et al.,<br><br>*Defendants*. | Civil Case No. 2:19-cv-01821 |

# ORDER

Plaintiffs Traci Jones, Robert Sellers, and Greater Birmingham Ministries and the defendants, the Jefferson County Board of Education and the Probate Judge of Jefferson County, have asked the Court to adopt the remedial plan in **Attachment A** for the 2024 Board of Education elections.

The plaintiffs filed this action to enforce Section 2 of the Voting Rights Act of 1965, 52 U.S.C. § 10301, and the Fourteenth Amendment to the United States Constitution. In 2019, the Court entered a consent order that includes a remedial plan for future Board of Education elections and requires the submission of changes to that plan and voter eligibility rules for review under Section 3(c) of the Voting Rights Act. (Doc. 21, pp. 11-12).

The parties ask the Court to modify the remedial map to ensure that the map accurately reflects the agreed remedy and the school district's current geographic boundaries. The parties, through counsel, have discussed the revised remedial plan and agree that it complies with federal law, including Sections 2 and 3(c) of the Voting Rights Act.

Based on the representations of the parties and having reviewed the remedial plan, the Court adopts the revised remedial plan and orders the defendants to use it for the 2024 elections and all future elections for the Jefferson County Board of Education. The revised remedial plan complies with the Constitution and Sections 2 and 3(c) of the Voting Rights Act.

Except for the changes made in this order, all other aspects of the consent order, (Doc. 21), remain in effect.

**DONE** and **ORDERED** this September 17, 2024.

**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE

# Attachment A
# Revised Remedial Plan




## 2020 Census -- Population Summary Report
### Jefferson County BOE

| District | Population | Deviation | % Deviation | AP Black | % AP Black | Latino | % Latino | NH White | % NH White |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 56934 | -3375 | -5.60% | 33540 | 58.91% | 3092 | 5.43% | 19212 | 33.74% |
| 2 | 61550 | 1241 | 2.06% | 11522 | 18.72% | 1817 | 2.95% | 45970 | 74.69% |
| 3 | 59438 | -871 | -1.44% | 32302 | 54.35% | 5588 | 9.40% | 20149 | 33.90% |
| 4 | 63315 | 3006 | 4.98% | 10659 | 16.83% | 3044 | 4.81% | 46595 | 73.59% |
| **Total** | **241237** | | | **88023** | **36.49%** | **13541** | **5.61%** | **131926** | **54.69%** |
| **Total Deviation** | | | **10.58%** | | | | | | |

| District | 18+_Pop | 18+ AP Black | % 18+ AP Black | 18+ Latino | % 18+ Latino | 18+ NH White | % 18+ NH White |
|---|---|---|---|---|---|---|---|
| 1 | 44576 | 25197 | 56.53% | 1888 | 4.24% | 16568 | 37.17% |
| 2 | 48750 | 8565 | 17.57% | 1123 | 2.30% | 37325 | 76.56% |
| 3 | 44409 | 22083 | 49.73% | 3462 | 7.80% | 17718 | 39.90% |
| 4 | 50366 | 7453 | 14.80% | 1937 | 3.85% | 38599 | 76.64% |
| **Total** | **188101** | **63298** | **33.65%** | **8410** | **4.47%** | **110210** | **58.59%** |

District population is based on PL-94-171 Census Bureau block assignments (SDUNI code -- 01920).