# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **LINDA STOUT, SANDRA RAY,** ) <br> **LONNEL AND ALFORNIA CARTER,** ) <br> **RICKY AND ALENE REEVES, and** ) <br> **CATRENA CARTER, on behalf of** ) <br> **themselves and others similarly situated,** ) <br>   ) <br>         Plaintiffs,   ) <br>   ) <br> **and** ) <br>   ) <br> **UNITED STATES OF AMERICA,** ) <br>   ) <br>         Plaintiff-Intervenor,   ) <br>   ) <br> **v.** ) <br>   ) <br> **JEFFERSON COUNTY BOARD OF** ) <br> **EDUCATION,** ) <br>   ) <br>         Defendant,   ) <br>   ) <br> **and** ) <br>   ) <br> **GARDENDALE BOARD OF** ) <br> **EDUCATION,** ) <br>   ) <br>         Defendant-Intervenor.   ) | Civil Action Number <br> **2:65-cv-00396-MHH** |

## PRIVATE PLAINTIFF'S MOTION FOR ADDITIONAL
## AND APPELLATE ATTORNEYS' FEES AND COSTS

Come now the Private Plaintiffs and move the Court for an Order granting

Class Counsel attorney fees and costs both for services performed and expenses

1

incurred since their most recent submission on May 4, 2018, and for appellate services performed and expenses incurred in this action.

  A supporting Brief is being contemporaneously filed with this Motion.

Respectfully submitted,
*/s/U.W. Clemon*
U.W. Clemon CLE045
U.W. Clemon, LLC
Post Office Box 2365
Birmingham, AL 35201
Phone: (205) 506-4524
Fax:  2055385500
uwclemon1@gmail.com

One of the Attorneys for the Private Plaintiffs

2