FILED
2023 Sep-18 PM 03:55
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **LINDA STOUT, LONNELL AND ALFORNIA CARTER, SANDRA RAY, RICKY AND ALENE REEVES, individually and on behalf of others similarly situated,**<br><br>Plaintiffs,<br><br>**UNITED STATES OF AMERICA,**<br><br>Plaintiff-Intervenor,<br><br>v.<br><br>**JEFFERSON COUNTY BOARD OF EDUCATION**,<br><br>Defendant. | Civil Action Number<br>2:65-cv-0396-MHH |

## SCHEDULING ORDER

The Court understands that the Board has been working to provide to the plaintiffs outstanding data, other than transportation data, and to propose survey questions related to signature academies and theme schools. The Court establishes the following deadlines for the parties' anticipated work in the months ahead:

| Event | Deadline |
|---|---|
| Private plaintiffs and Plaintiff-Intervenor provide feedback to Defendant on proposed Signature Academies and Theme School Survey Questions. | September 18, 2023 |
| Board hires discipline expert. | September 29, 2023 |
| Board submits to Plaintiff Parties outstanding transportation data. | October 13, 2023 |
| Board submits to Plaintiff Parties preliminary/draft Student Assignment Plan framework with analysis of past performance of signature academies, capacity estimates for | October 13, 2023 |

| | |
|---|---|
| student assignment programs, and anticipated desegregative impacts/outcomes. | |
| Board hires cultural competency trainer for Jefferson County Board of Education administrators and teachers.<br><br>Board submits final Signature Academies and Theme School Survey report to Plaintiff Parties. | November 1, 2023 |
| Board submits to Plaintiff Parties Student Assignment Plan with projections of desegregative impact, including:<br>1. School-by-school demographic projections; and,<br>2. For each school that is racially identifiable, a proposal for how the District's Student Assignment Plan will desegregate that school to the extent practicable. | November 17, 2023 |
| Board submits to Plaintiff Parties:<br>1. Personnel Plan for implementation in Spring 2024<br>2. Gifted & Talented Plan<br>3. Preliminary draft of Interim Discipline Plan, including:<br>   a. revised alternative school program or elimination of alternative school; and<br>   b. plan to establish discipline software to track incidents by teacher and class period; and<br>   c. any related mid-year, interim Code of Conduct changes. | December 1, 2023 |
| Plaintiff Parties provide response to Board regarding:<br>1. Student Assignment Plan<br>2. Personnel Plan<br>3. Interim Discipline Plan and Code of Conduct<br>4. Gifted & Talented Plan | December 22, 2023 |
| Parties file Joint Proposed Consent Order | April 15, 2024 |

In addition to the deadlines above, the Parties shall:

1. Meet and confer monthly until a Proposed Consent Order is submitted to the Court; and

2. Hold at least two in-person negotiation sessions beginning in January 2024 until a Proposed Consent Order is submitted to the Court.

**DONE** and **ORDERED** this September 18, 2023.

_____
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE